IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**DENNIS ZAMARIONI,**

**Plaintiff,**

**v.**

**FORTIS INSURANCE COMPANY,**

**Defendant.**                                                  No. 04-CV-0858-DRH

### ORDER

**HERNDON, District Judge:**

Pending before the Court is Agreed Motion of Defendant, Fortis Insurance Company, for leave to file its supplemental memorandum in support if its motion for summary judgment and to set a briefing schedule with regard to said motion (Doc. 37). Said motion is **GRANTED**. Defendant shall file its supplement *instanter*. Further, the Court **ALLOWS** Plaintiff up to and including May 18, 2006 to respond to the motion for summary judgment and Defendant up to and including June 2, 2006 to file its reply.

**IT IS SO ORDERED.**

Signed this 18th day of April, 2006.

/s/          David   RHerndon

**United States District Judge**