IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**DENNIS ZAMARIONI,**

**Plaintiff,**

**v.**

**FORTIS INSURANCE COMPANY,**

**Defendant.**                                                          **No. 04-CV-0858-DRH**

### ORDER

**HERNDON, District Judge:**

Now before the Court is an agreed for a one-business-day enlargement of time to file reply brief (Doc. 48). Said motion is **GRANTED**.

**IT IS SO ORDERED.**

Signed this 5th day of June, 2006.

/s/         David   RHerndon

**United States District Judge**