# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

**DENNIS ZAMARIONI,**

    **Plaintiff,**

**v.**                                           **NO.  04-CV-858 DRH**

**FORTIS INSURANCE COMPANY**,

    **Defendant.**

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This action came to hearing before the Court on Defendant's Motion for Summary Judgment.

**IT IS ORDERED AND ADJUDGED** that the motion is **GRANTED.** Judgment is entered in favor of Defendant/Counter Claimant, **FORTIS INSURANCE COMPANY**, and against Plaintiff/Counter Defendant, **ZAMARIONI** ,on Zamarioni's complaint and Fortis Insurance Company's counterclaim for recission.-----------------------------------------------------------------------

                                                                        **NORBERT G. JAWORSKI, CLERK**

June 22, 2006                                   BY:   /s/Patricia Brown
                                                                      Deputy Clerk

APPROVED:/s/    David RHerndon
              **U.S. DISTRICT JUDGE**